**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 96-1966**

―――――――――

BARBARA HOFFMAN,

Plaintiff - Appellant,

versus

MICHAEL HOFFMAN; JOSEPH ROUSE; STATE OF
MARYLAND; JUDGE RICKS; JUDGE MULLINS; JUDGE
DRYDEN; JUDGE GOUDY; JUDGE GREENE, JR.; JUDGE
KELLER; ASSIGNMENT OFFICE OF CIRCUIT COURT,
ANNE ARUNDEL COUNTY; KERRY ANDERSON; DAVID
BOWERS; GALE ANN BELUCCI; RICHARD BACHARACH,
M.D.; DEPARTMENT OF SOCIAL SERVICES; GINGER
HOWARD; INGRID HOFFMAN; SUE HOUSER; PAM
ZIOLKOWKSI; BERNIE DIVVER; EASTERN DISTRICT
POLICE DEPARTMENT OF ANNE ARUNDEL COUNTY,

Defendants - Appellees.

―――――――――

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Andre M. Davis, District Judge. (CA-96-
1969-AMD)

―――――――――

Submitted: August 20, 1996      Decided: September 19, 1996

―――――――――

Before WILKINS and HAMILTON, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Barbara Hoffman, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order dismissing pursuant to 28 U.S.C. § 1915(d) (1988), <u>as amended by</u> Prison Litigation Reform Act of 1996, Pub. L. No. 104-134, 110 Stat. 1321, her claim that her civil rights were violated during divorce proceedings. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Hoffman v. Hoffman</u>, No. CA-96-1969-AMD (D. Md. July 2, 1996). Appellant's motion to supplement the record is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>